```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MING EN WANG,                                               :
                                                            :
                          Plaintiff,                        :
                                                            :      17-CV-9582 (JPO)
            -v-                                             :
                                                            :      VERDICT FORM
YONG LEE INC. d/b/a SPICE SAIGON AND JING                   :
YANG,                                                       :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

*The jurors must answer the following Questions in the order they are presented. All jurors must agree on the answers to any Questions they are directed to answer.*

## Issue I: Employment

1. Has the Plaintiff proven, by a preponderance of the evidence, that Defendant Jing Yang was his employer?

    Yes: __✓__     No: _____

    *If your answer is "No" here, answer question 2 and skip question 3. If your answer is "Yes," then answer both questions 2 and 3 below.*

2. Has the Plaintiff proven, by a preponderance of the evidence, that Yong Lee Inc., also known as Spice Saigon, had eleven or more employees in the year 2017?

    Yes: _____     No: __✓__

3. Has the Plaintiff proven, by a preponderance of the evidence, that Jing Yang had eleven or more employees in the year 2017?

    Yes: _____     No: __✓__

1

## Issue II: Minimum Wage Claims

4. Number of Hours Worked

    How many hours per week has the Plaintiff proven, by a preponderance of the evidence, that he worked on average during the stipulated time period?

    From November 6, 2015 to September 30, 2017: __72__ hours per week

5. Regular Rate of Pay

    What regular rate of pay has Plaintiff proven, by a preponderance of the evidence, that he received?

    From November 6, 2015 to September 30, 2017: $__4.49__ per hour

6. Payment of Minimum Wage

    a. Based on your answer to Question 4, was Plaintiff paid the minimum wage required by the New York Labor Law between November 6, 2015 and September 30, 2017? The applicable minimum wage rates during the different time periods at issue in this case are located in the jury instructions.

       Yes: _____          No: __✓__

## Issue III: Overtime Claims

7. Using your answer from Question 1 of Issue II, please identify whether the Plaintiff worked any overtime hours (*i.e.*, did the Plaintiff work more than 40 years in a week):

    Yes: __✓__          No: _____

2

## Issue IV: Spread of Hours Claims

8. Has Plaintiff proven, by a preponderance of the evidence, that while employed by the Defendant or Defendants, he was not given an extra hour of pay, at minimum wage, for any day on which his spread of hours exceeded ten?

    Yes: ✓    No: _____

9. If your answer to Question 8 is "Yes," how many days per week, on average, do you find that the Plaintiff was not given an extra hour of pay, at minimum wage, for any day on which his spread of hours exceeded ten?

    6

*The Foreperson should ensure that each juror agrees with the answer to each Question answered above. If so, your deliberations have concluded and the Foreperson should sign and date below, and inform the Marshal that the Jury has reached a verdict.*

Dated: 10/12/22

[signature redacted]
Foreperson