UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
MING EN WANG,

                                Plaintiff,       Case No. 17-cv-09582 (JPO)

              v.                     **AMENDED JUDGMENT**

YONG LEE, INC.
    d/b/a Spice Saigon, and
JING YANG,

                                Defendants.
-----------------------------------------------------------------x

      IT IS ORDERED, ADJUDGED, AND DECREED: that Plaintiff Ming En Wang (hereinafter "Plaintiff") has judgment jointly and severally against Defendants Yong Lee, Inc. d/b/a Spice Saigon (hereinafter "Yong Lee, Inc."), and "Jing Yang" (hereinafter collectively "Defendants"), jointly and severally, as follows:

      in the amount of $155,522.18, consisting of (A) compensatory damages for unpaid wages (minimum wages, overtime, wages, and spread of hour wages) under the New York Labor Law (hereinafter "NYLL") in the amount of $57,253.29; (B) liquidated damages for unpaid wages under the NYLL in the amount of $57,253.29; (C) statutory damages for violation of NYLL § 195.1 in the amount of $5,000.00; (D) statutory damages for violation of NYLL § 195.3 in the amount of $5,000.00; and (E) prejudgment interest calculated at the rate of 9% per annum and totaling $31,015.60.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Plaintiff be awarded attorney's fees against Defendants, jointly and severally, in an amount to be determined following briefing and documentation.

      IT IS FURTHER ORDERED: that Plaintiffs be awarded post-judgment interest, as calculated under 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no

appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198.4.

      The Clerk of Court is directed to enter judgment, and to close this case.

      SO ORDERED.

Dated: New York, NY
       November   1  , 2022

                                                        J. PAUL OETKEN
                                            United States District Judge