UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MING EN WANG, *on behalf of himself and others similarly situated*,<br>         Plaintiff,<br><br>    -v-<br><br>YONG LEE INC., *et al.*,<br>         Defendants. | 17-CV-9582 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  On November 1, 2022, the Court issued an Amended Judgment ordering that Plaintiff be awarded attorney's fees against Defendants, jointly and severally, in an amount to be determined following briefing and documentation.  (Dkt. No. 94.)

  Per the Order at Docket Number 98, the Clerk of Court is directed to issue a judgment against Defendants in the amount of $134,075.57, reflecting Plaintiff's attorney's fees and costs incurred in this matter.

  SO ORDERED.

Dated: January 11, 2023
    New York, New York

                  _____
                        J. PAUL OETKEN
                     United States District Judge