**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MING EN WANG, on behalf of himself and
Others similarly situated,

                      Plaintiff,           17 **CIVIL** 9582 (JPO)

         -against-                        **JUDGMENT**
                                             **For Attorney's Fees and Costs**

YONG LEE INC., et al.,

                     Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 11, 2023, judgment is entered against Defendants in the amount of $134,075.57, reflecting Plaintiff's attorney's fees and costs incurred in this matter.

**Dated:**  New York, New York
          January 12, 2023

                                                            **RUBY J. KRAJICK**
                                                           _____
                                                            **Clerk of Court**
                                     **BY:**   *K. Mango*
                                                            _____
                                                            **Deputy Clerk**